FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-02927

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. Postal Service__ was received by me on *(date)* 10/22/20.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on October 15, 2020 to the U.S. Postal Service, the acting US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/26/20

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9407111899564921841520

Your item was delivered to the front desk, reception area, or mail room at 9:10 am on October 22, 2020 in WASHINGTON, DC 20260.

## ✓ Delivered

October 22, 2020 at 9:10 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20260

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**October 22, 2020, 9:10 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20260
Your item was delivered to the front desk, reception area, or mail room at 9:10 am on October 22, 2020 in WASHINGTON, DC 20260.

---

**October 21, 2020, 10:36 am**
Available for Pickup
WASHINGTON, DC 20260

**October 21, 2020, 6:50 am**
Arrived at Unit
WASHINGTON, DC 20018

**October 20, 2020**
In Transit to Next Facility

**October 17, 2020, 2:31 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**October 16, 2020, 10:22 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**October 16, 2020, 2:18 am**
Shipping Label Created, USPS Awaiting Item
WASHINGTON, DC 20005

Feedback

**October 15, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:20-cv-02927

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**This summons for** *(name of individual and title, if any)* was received by me on *(date)* 10/22/20    Michael R. Sherwin, Acting, U.S. Attorney for the District of Columbia

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ **Other** *(specify):* I sent a copy of the summons and complaint by certified mail on October 15, 2020 to the U.S. Postal Service, the acting US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/26/20

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9407111899564921845665

Your item was delivered at 4:57 am on October 22, 2020 in WASHINGTON, DC 20530.



## Delivered

October 22, 2020 at 4:57 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄



**Text & Email Updates** ⌄

**Tracking History** ⌃

**October 22, 2020, 4:57 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:57 am on October 22, 2020 in WASHINGTON, DC 20530.

**October 21, 2020, 10:42 am**
Available for Pickup
WASHINGTON, DC 20530

**October 21, 2020, 7:10 am**
Out for Delivery
WASHINGTON, DC 20001

**October 21, 2020, 6:43 am**
Arrived at Unit
WASHINGTON, DC 20018

**October 20, 2020**
In Transit to Next Facility

**October 17, 2020, 2:50 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**October 16, 2020, 10:22 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**October 16, 2020, 2:13 am**
Shipping Label Created, USPS Awaiting Item
WASHINGTON, DC 20005

Feedback

**October 15, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

**Product Information**  ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Civil Action No. 1:20-cv-02927

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    William Barr, U.S. Attorney General

was received by me on *(date)*    10/22/20    .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I sent a copy of the summons and complaint by certified mail on October 15, 2020 to the U.S. Postal Service, the acting US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 10/26/20

*Server's signature*

Eden Tadesse, Paralegal
*Printed name and title*

1101 K Street, N.W. Suite 201
Washington, D.C. 20005
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 9407111899564921853745

Your item was delivered at 4:57 am on October 22, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

October 22, 2020 at 4:57 am
Delivered
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

October 22, 2020, 4:57 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:57 am on October 22, 2020 in WASHINGTON, DC 20530.

October 21, 2020, 10:42 am
Available for Pickup
WASHINGTON, DC 20530

October 21, 2020, 6:43 am
Arrived at Unit
WASHINGTON, DC 20018



**October 20, 2020**
In Transit to Next Facility

**October 17, 2020, 2:50 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**October 16, 2020, 10:22 pm**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**October 16, 2020, 2:41 am**
Shipping Label Created, USPS Awaiting Item
WASHINGTON, DC 20005

**October 15, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Feedback

**Product Information**          ⌄

See Less  ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# U.S. Postal Service
# Certified Mail Receipt

**ARTICLE NUMBER**
9407 1118 9956 4921 8537 45

**ARTICLE ADDRESS TO:**
William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington DC 20530-0009

**FEES**
Postage per piece  $0.500
Certified Fee  $3.550
**Total Postage & Fees:**  $4.050

Postmark
Here

**U.S. Postal Service**
**Certified Mail Receipt**

ARTICLE NUMBER
9407 1118 9956 4921 8456 65

ARTICLE ADDRESS TO:
Civil Process Clerk
Attorney General
555 4th St NW
Washington DC 20001-2733

FEES
Postage per piece         $0.500
Certified Fee             $3.550
Total Postage & Fees:     $4.050

Postmark
Here

**U.S. Postal Service**
**Certified Mail Receipt**

ARTICLE NUMBER
9407 1118 9956 4921 8415 20

ARTICLE ADDRESS TO:
U.S. Postal Service
475 L'Enfant Plaza S.W.
Washington DC 20260

FEES
Postage per piece       $0.500
Certified Fee           $3.550
Total Postage & Fees:   $4.050

Postmark
Here