UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 20-2927 (JDB) |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT PROPOSED SCHEDULING ORDER

Defendant U.S. Postal Service ("Defendant" or "Postal Service"), and Plaintiff Citizens for Responsibility and Ethics in Washington ("Plaintiff" or "CREW"), by and through undersigned counsel, respectfully submit this joint proposed scheduling order to the Court.

1. On October 13, 2020, Plaintiff filed its complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

2. Plaintiff's Complaint relates to an August 2020 FOIA request seeking five categories of records related to Postmaster Louis DeJoy regarding ethics agreements, records of recusals, and screening arrangements. Compl. ¶ 11.

3. On December 1, 2020, Defendant filed its Answer. ECF No. 10.

4. On September 9, 2020, USPS issued a final determination on the request, and withheld 13 pages of records in full.

5. Plaintiff reviewed the records and is challenging the search and all withholdings. The parties cannot resolve this case without further litigation. The parties propose the following briefing schedule to the Court:

- January 29, 2021: Defendant's motion for summary judgment

- March 1, 2021: Plaintiff's combined cross-motion for summary judgment and opposition to Defendant's motion

- March 15, 2021: Defendant's combined opposition to Plaintiff's cross-motion and reply

- March 29, 2021: Plaintiff's reply

Date: January 4, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

BRIAN P. HUDAK,
Acting Chief, Civil Division

By:   /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1101 K St. NW, Suite 201
Washington, DC 20005
Phone: (202) 408-5565
Fax: (202) 588-5020
Email: nsus@citizensforethics.org

*Counsel for Plaintiff*