UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**

Plaintiff,

v.

**UNITED STATES POSTAL SERVICE,**

Defendant.

Civil Action No. 20-2927 (JDB)

## ORDER

Upon consideration of [11] Defendant's Motion for Summary Judgment, [12] Plaintiff's Cross-Motion for Summary Judgment, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [12] Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**; it is further

**ORDERED** that [11] Defendant's Motion for Summary Judgment is **DENIED**; it is further

**ORDERED** that defendant shall produce the following records to plaintiff:

1. Two Notifications of Commitment to Recuse and Screening Arrangement (Vaughn Index [11-4] Documents 5 & 6);

2. Financial Conflicts of Interest Guidance from Natalie Bonanno to Louis DeJoy (Vaughn Index Document 7); and

3. The remaining responsive documents pertaining to divestiture (Vaughn Index Documents 1–4) redacted consistent with the accompanying Memorandum Opinion, as well as an updated Vaughn index that adequately describes each remaining redaction,

1

states the exemption claimed, and explains why the exemption is relevant; and it is further

**ORDERED** that the parties shall submit a joint status report by not later than September 17, 2021, describing any remaining issues in dispute.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: August 17, 2021