**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

          Plaintiff,

  v.

U.S. POSTAL SERVICE,

          Defendant.

Civil Action No. 20-2927-JDB

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEY'S FEES**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") respectfully moves for an extension of time to file any motion for attorney's fees in this Freedom of Information Act suit. Good cause exists for this motion, as set forth below:

1.    By Memorandum Opinion and Order dated August 17, 2021, the Court granted CREW's cross-motion for summary judgment, denied Defendant U.S. Postal Service's ("USPS") motion for summary judgment, ordered USPS to produce certain records to CREW in a timely manner, and directed the parties to submit a joint status report describing any remaining issues in dispute by September 17, 2021. ECF Nos. 20, 21.

2.    Under Federal Rule of Civil Procedure 54(d)(2)(B)(i), CREW's motion for attorney's fees in this case is due "no later than 14 days after the entry of judgment" unless "a court order provides otherwise."

3.    Because the Court's August 17, 2021 Order could be construed to trigger the 14-day clock under Rule 54(d)(2)(B)(i), CREW respectfully requests, out of an abundance of caution, that the Court extend CREW's fee motion deadline to October 22, 2021.[1] The requested

---

[1] Alternatively, the Court could stay CREW's fee motion deadline pending further order of the Court.

extension will allow the parties sufficient time to determine whether fee motion practice before

this Court will be necessary in the near term; if such motion practice turns out to be unnecessary,

CREW will so notify the Court prior to the proposed October 22, 2021 fee motion deadline.

4.      USPS has informed CREW, through counsel, that it does not oppose CREW's

extension request but does so without taking a position on whether the period to file a fee motion

has begun to run, and with the understanding that CREW is filing the motion out of an

abundance of caution.

5.      CREW has not previously moved to extend any deadline in this case.

6.      No other deadlines will be affected by the requested extension.

Accordingly, CREW respectfully requests that the Court extend its deadline to move for

attorney's fees to October 22, 2021. A proposed order is attached.


Dated: August 30, 2021                              Respectfully submitted,

                                                    /s/ *Nikhel S. Sus*
                                                    NIKHEL S. SUS
                                                    (D.C. Bar No. 1017937)
                                                    CITIZENS FOR RESPONSIBILITY AND
                                                    ETHICS IN WASHINGTON
                                                    1331 F St. NW, Suite 900
                                                    Washington, DC 20004
                                                    Telephone: (202) 408-5565
                                                    Fax: (202) 588-5020
                                                    nsus@citizensforethics.org

                                                    *Counsel for Plaintiff*