IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>U.S. POSTAL SERVICE,<br><br>　　　　　　Defendant. | Civil Action No. 20-2927-JDB |

### **[PROPOSED] ORDER**

The Court having considered Plaintiff's Unopposed Motion for Extension of Time to File Motion for Attorney's Fees, and for good cause shown, it is

ORDERED that Plaintiff's motion is GRANTED. It is further

ORDERED that Plaintiff shall file any motion for attorney's fees by October 22, 2021.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

　　　　　　　　　　　　　　　　　　　　　　　DATED: